**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Barbye Romero-Sanchez,<br>Plaintiff,<br>v.<br>Joseph Edlow, et al.,<br>Defendants. | No. CV-25-00428-TUC-AMM<br>**ORDER** |

Pending before the Court is Plaintiff's Notice of Dismissal. (Doc. 18.) Plaintiff seeks to dismiss this matter with prejudice. (*Id.*) Having considered the notice, and pursuant to Federal Rule of Civil Procedure 41(a)(1),

**IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. All parties shall bear their own attorney's fees and costs. The Clerk of the Court shall docket accordingly, term any pending motions, and close this case.

Dated this 28th day of October, 2026.

Honorable Angela M. Martinez
United States District Judge